IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORRIN COLBOURN,

        Plaintiff,               No. 2:11-cv-0340 JFM (PC)

    vs.

DEPUTY T. MANTEI, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff, a county jail inmate, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed March 28, 2011, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On April 18, 2011, plaintiff submitted incomplete USM-285 forms and summons and failed to file the copies of the complaint. On the USM-285 forms and summons plaintiff lists only "Sac Sheriff Dept." as the address for defendants, which is insufficient. In addition, plaintiff's summons lists attorney Peter J. Boldin for return service, but plaintiff is proceeding with this action pro se and is not represented counsel. Plaintiff will be given the opportunity to submit new correct forms for service of process.

        Plaintiff has also filed a request for another copy of his complaint to make the required copies for service. Plaintiff's request will be granted.

1

1     Accordingly, IT IS HEREBY ORDERED that:

2          1.  Plaintiff's April 18, 2011, request for a copy of his complaint is granted;

3          2.  The Clerk of the Court is directed to send to plaintiff one summons, three

4     USM-285 forms, along with an instruction sheet and a copy of the complaint filed February 7,

5     2011;

6          3.  Within thirty days from the date of this order, plaintiff shall complete and

7     submit the attached Notice of Submission of Documents to the court, with the following

8     documents:

9               a. The completed Notice of Submission of Documents;

10               b. One completed summons;

11               c. One completed USM-285 form for each defendant; and

12               d. Four copies of the endorsed complaint filed February 7, 2011.

13          4.  Failure to return the copies within the specified time period will result in a

14     recommendation that this action be dismissed.

15     DATED: May 25, 2011.

16

17                                   UNITED STATES MAGISTRATE JUDGE

18

19     12/kly
20     colb0340.8f

21

22

23

24

25

26

                                          2

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ORRIN COLBOURN,

11              Plaintiff,                        No. 2:11-cv-0340 JFM (PC)

12        vs.

13   DEPUTY T. MANTEL, et al.,                    NOTICE OF SUBMISSION

14              Defendants.                       OF DOCUMENTS

15   _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18                     _____completed summons form

19                     _____completed USM-285 forms

20             _____   copies of the   February 7, 2011
                                          Complaint

21   DATED:

22

23                                         _____

24                                         Plaintiff

25

26