IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORRIN COLBOURN,

      Plaintiff,               No. 2:11-cv-0340 WBS JFM (PC)

   vs.

DEPUTY T. MANTEL, et al.,

      Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a former inmate at the Sacramento County Main Jail now confined in state prisoner. He is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 11, 2011, an order was served on plaintiff at his address of record. On October 25, 2011, plaintiff's copy of the order was returned as not deliverable as addressed. In light of information contained in a declaration filed by counsel for defendants in another action pending in this court, by order filed November 8, 2011, counsel for defendants was directed to take all steps necessary to secure delivery of the October 11, 2011 order to plaintiff and to file certification thereof.

        On November 9, 2011, counsel for defendants filed a response to the November 8, 2011 order, in which he represents that plaintiff has been in the custody of the California Department of Corrections and Rehabilitation (CDCR) at Deuel Vocational Institution since

1  November 1, 2011.  Counsel has provided plaintiff's CDCR number and current address, and has
2  represented that counsel will mail copies of the court's October 11, 2011 and November 8, 2011
3  orders to plaintiff at that address and shall file proof of service of said orders.
4       Good cause appearing, the Clerk of the Court will be directed to change plaintiff's
5  address of record to the address provided by counsel for defendants in the document filed
6  November 9, 2011.  Plaintiff is cautioned that he is not relieved of his obligation to comply with
7  Local Rule 183(b), which requires that a party appearing in propria persona inform the court of
8  any address change and authorizes dismissal of an action for non-compliance with said rule.
9       In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the
10 Court is directed to change plaintiff's address of record to the address provided by counsel for
11 defendants in the document filed November 9, 2011 (docket No. 29).
12 DATED: November 9, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12/kly
colb0340.coa

2