IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORRIN COLBOURN,

        Plaintiff,               No. 2:11-cv-0340 WBS JFM (PC)

    vs.

DEPUTY T. MANTEI, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 23, 2011, plaintiff filed a document entitled "Motion for Discovery and All Evidence to be Presented." The court construes this document as a discovery request and notice that evidence has been filed with the court. Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

        On November 15, 2011, plaintiff filed numerous exhibits with the court, some of which appear to fit the description set forth in the November 23, 2011 motion. As with

1

discovery requests, exhibits in support of plaintiff's claims should not be filed with the court until the claims are placed in issue by a motion or trial of this action.

In addition, neither plaintiff's motion nor the exhibits filed November 15, 2011 were served on defendants. Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Rule 5, Federal Rules of Civil Procedure. Documents are usually served by placing a copy in the U.S. Mail. If an attorney has filed a document with the court on behalf of any defendant, then documents submitted by plaintiff must be served on that attorney and not on the defendant himself. Every document submitted to the court must include a certificate stating the date that an accurate copy of the document was mailed to defendants or their attorney and the address to which it was mailed. See Local Rule 135(b), E.D. Cal.

Accordingly, IT IS HEREBY ORDERED that plaintiff's November 23, 2011 motion is construed as a discovery request and, so construed, will be disregarded. Plaintiff is cautioned that further filing of discovery requests or responses or evidence, except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

DATED: December 8, 2011.

UNITED STATES MAGISTRATE JUDGE

12
colb0340.411