IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORRIN COLBOURN,

     Plaintiff,          No. 2:11-cv-0340 WBS JFM (PC)

   vs.

DEPUTY T. MANTEL, et al.,

     Defendants.        ORDER

_____/

     Plaintiff is a county jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 8, 2012 and June 4, 2012 plaintiff filed motions for an extension of time to file a pretrial statement in this action. On June 12, 2012, defendants filed an application to vacate the deadline set for filing of their pretrial statement pending the court's ruling on plaintiff's motions for extension of time.

     In the May 8, 2012 motion, plaintiff states that he has retained counsel to represent him in this action. No substitution of counsel has been filed. Cf. Local Rule 182(a), (g). Unless and until a proper substitution of counsel is filed and approved by this court, plaintiff will proceed pro se. Good cause appearing, the deadlines for filing pretrial statements will be extended by this order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's May 8, 2012 and June 4, 2012 motions for extension of time are granted;

2. Defendants' June 12, 2012 application is granted;

3. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before July 20, 2012. Defendants shall file their pretrial statement on or before August 3, 2012. The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

4. Pretrial conference (as described in Local Rule 282) is set in this case for August 10, 2012, before the magistrate judge. The pretrial conference shall be conducted on the file only, without appearance by either party.

5. This matter remains set for jury trial before the Honorable William B. Shubb on October 23, 2012 at 9:00 a.m. in Courtroom 5.

DATED: June 19, 2012.

UNITED STATES MAGISTRATE JUDGE

12
colb0340.ext