IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORRIN COLBOURN,

      Plaintiff,                    No. 2:11-cv-0340 WBS JFM (PC)

   vs.

DEPUTY T. MANTEI, et al.,

      Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 12, 2012, plaintiff filed his third motion for the appointment of counsel. Plaintiff's previous two motions were denied by orders filed November 8, 2011 and December 9, 2011. As the court explained in those orders, the United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court still does not find the required exceptional circumstances. Plaintiff's third motion for the appointment of counsel will therefore be denied.

1   In accordance with the above, IT IS HEREBY ORDERED that plaintiff's June 12,
2   2012 motion for the appointment of counsel is denied.
3   DATED: June 29, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12/md
colb0340.31