IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORRIN COLBURN,

          Plaintiff,              No. 2:11-cv-0340 WBS JFM P

    vs.

DEPUTY T. MANTEL, et al.,

          Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action.  On July 9, 2012, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were denied by orders filed November 8, 2011, December 9, 2011, and July 2, 2012.  In light of those orders, IT IS HEREBY ORDERED that plaintiff's July 9, 2012 motion for appointment of counsel is denied.

DATED: July 30, 2012.

UNITED STATES MAGISTRATE JUDGE

12/kly
colb0340.31thr