IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORRIN COLBOURN,

        Plaintiff,                  No. 2:11-cv-0340 WBS JFM (PC)

    vs.

DEPUTY T. MANTEL, et al.,

        Defendants.            <u>FINDINGS AND RECOMMENDATIONS</u>

                              /

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 10, 2012, plaintiff filed a motion for voluntary dismissal of the action. On October 23, 2012, defendants filed a statement of non-opposition to plaintiff's motion.

          Accordingly, good cause appearing, IT IS HEREBY RECOMMENDED that:

          1. Plaintiff's October 10, 2012 motion for voluntary dismissal be granted;

          2. The jury trial set for December 11, 2012 before the district court be vacated; and

/////

/////

/////

1

1    3.  This action be dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

2    These findings and recommendations are submitted to the United States District
3  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
4  days after being served with these findings and recommendations, any party may file written
5  objections with the court and serve a copy on all parties.  Such a document should be captioned
6  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
7  objections shall be filed and served within fourteen days after service of the objections.  The
8  parties are advised that failure to file objections within the specified time may waive the right to
9  appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

10  DATED: November 1, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
colb0340.dm