IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORRIN COLBOURN,

      Plaintiff,               No. 2:11-cv-0340 WBS JFM (PC)

  vs.

DEPUTY T. MANTEL, et al.,

      Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 10, 2012, plaintiff filed a motion for voluntary dismissal of the action. On October 23, 2012, defendants filed a statement of non-opposition to plaintiff's motion.

      Accordingly, good cause appearing, IT IS HEREBY RECOMMENDED that:

      1. Plaintiff's October 10, 2012 motion for voluntary dismissal be granted;

      2. The jury trial set for December 11, 2012 before the district court be vacated; and

/////

/////

/////

1

1     3.  This action be dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

2     These findings and recommendations are submitted to the United States District
3 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
4 days after being served with these findings and recommendations, any party may file written
5 objections with the court and serve a copy on all parties.  Such a document should be captioned
6 "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
7 objections shall be filed and served within fourteen days after service of the objections.  The
8 parties are advised that failure to file objections within the specified time may waive the right to
9 appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
10 DATED: November 1, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
colb0340.dm