IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORRIN COLBOURN,

        Plaintiff,                    No. 2:11-cv-0340 WBS JFM P

    vs.

DEPUTY T. MANTEL, et al.,

        Defendants.             ORDER

_____/

        On April 22, 2013, plaintiff filed a request for interview by the Sacramento Internal Affairs Division, and a request to file a complaint. On April 26, 2013, plaintiff filed a notice of change of address. The Clerk of the Court has sent plaintiff the court's form civil rights complaint and accompanying materials.

        This civil rights action was closed on November 19, 2012 pursuant to plaintiff's motion for voluntary dismissal. Plaintiff is advised that if he intends to file a civil rights complaint he must file it as a new action. Plaintiff is further advised that any further documents

/////

/////

/////

/////

1

1 filed by plaintiff in this action will be disregarded and no orders will issue in response to future
2 filings in this closed case.

Dated: June 21, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12
colb0340.58